David A. Birdsell
Chapter 7 Panel Trustee
216 North Center
Mesa, Arizona 85201
Telephone: (480) 644-1080
Facsimile: (480) 644-1082
Email: dab@azbktrustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| EMMANUEL MORA<br>MICHELLE LINA MORA | Case No. 4:19-bk-01025-SHG |
| Debtor(s). | **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO ABANDON PROPERTY** |

David A. Birdsell, Chapter 7 Trustee, hereby objects to the Debtor's motion to abandon real property described in the abandonment as "1267 E. AVENIDA LISABELA CASA GRANDE AZ"

The Trustee believes the value to be closer to $306,000 leaving approximately $58,000 of equity for the bankruptcy estate. Trustee needs additional time to see if he can find an offer for this property "as is where is".

For the above stated reasons, the Trustee requests that his objection be sustained.

Dated September 10, 2021          /s/ David A. Birdsell
                                  David A. Birdsell, Trustee

Copies sent to Debtor & Debtor counsel this same day.